IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTHUR J. MALETTO and<br>M&M CONTRACTORS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE FINANCE CORP. and<br>CAPITAL ONE BANK (USA), N.A.,<br><br>Defendants. | Civil Action No. 1:18-cv-309<br><br>Related Doc. No. 1 |

## STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT

AND NOW, this 20th day of November, 2018, it is hereby stipulated and agreed by Plaintiffs Arthur J. Maletto and M&M Contractors, Inc. and Defendants Capital One Finance Corp. and Capital One Bank (USA), N.A., subject to the Court's approval, that Defendants Capital One Finance Corp. and Capital One Bank (USA), N.A. may have until December 7, 2018, to file a response to Plaintiffs' Complaint.

/s/ Christopher J. Sinnott
Christopher J. Sinnott, Esq.
PA ID No. 69402
MARNEN MIODUSZEWSKI
BORDONARO WAGNER & SINNOTT, LLC
516 West Tenth Street
Erie, PA 16502-1352
T: (814) 874-3460
F: (814) 874-3476
csinnott@mmbwslaw.com
*Counsel for Plaintiffs*

/s/ Sharon R. Stritmatter
Sharon R. Stritmatter, Esq.
PA ID No. 316468
MCGUIREWOODS LLP
Tower Two Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
T: (412) 667-6067
F: (412) 402-4188
sstritmatter@mcguirewoods.com
*Counsel for Defendants*

**IT IS SO ORDERED.**

_Susan Paradise Baxter_
**SUSAN PARADISE BAXTER, J.**